# Exhibit E

2 CIT ESERVE

Case 3:21-cv-02485-B   Document 1-5   Filed 10/11/21   Page 2 of 3   PageID 50

FILED
9/9/2021 2:24 PM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Angie Avina DEPUTY

# LOEWINSOHN DEARY SIMON RAY LLP

**Ivy Sweeney** *Legal Assistant*
214.572.1741   |   ivys@ldsrlaw.com

September 9, 2021

Kellie Juricek, Chief Clerk
95th District Court
600 Commerce St. 6th Floor
Dallas, TX  75202

    Re:    Cause No. DC-21-11373; *Nerlens Noel v. Richard Paul and Klutch Sports Group, LLC*

Ms. Juricek,

    By copy of this letter, Plaintiff requests the issuance of Citations for the two Defendants in the above-referenced matter, whose addresses are as follows:

> Richard Paul
> 822 N. Laurel Street
> Los Angeles, California 90046
>
> and
>
> Klutch Sports Group, LLC
> c/o Registered Agent, Corporation Service Company
> 251 Little Falls Drive
> Wilmington, Delaware 19808

The fees for the Citations are being paid concurrently with the filing of this letter. Service of process is not requested, as Plaintiff will have the Petition served by private process service. Once the Citations have been issued, please email them to Craig Simon, counsel for Plaintiff, at craigs@ldsrlaw.com.

    Thank you for your assistance. Should you have any questions, please let me know.

                Sincerely,

                *Ivy Sweeney*

                Ivy Sweeney

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Ivy Sweeney on behalf of Craig Simon
Bar No. 784968
ivys@ldsrlaw.com
Envelope ID: 57098239
Status as of 9/13/2021 2:10 PM CST

Associated Case Party: NERLENS NOEL

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Craig F.Simon | | craigs@lfdslaw.com | 9/9/2021 2:24:35 PM | SENT |
| Ivy Sweeney | | ivys@ldsrlaw.com | 9/9/2021 2:24:35 PM | SENT |