# Exhibit G

| | |
|---|---|
| FORM NO. 353-3 - CITATION<br>THE STATE OF TEXAS | **ESERVE**<br><br>CITATION<br><br>DC-21-11373 |
| To: KLUTCH SPORTS GROUP, LLC<br>C/O REGISTERED AGENT CORPORTION SERVICE COMPANY<br>251 LITTLE FALLS DRIVE<br>WILMINGTON DELAWARE 19808 | NERLENS NOEL<br>vs.<br>RICHARD PAUL, et al |

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and **PLAINTIFF'S FIRST AMENDED** petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org. Your answer should be addressed to the clerk of the **95th District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **NERLENS NOEL**

Filed in said Court **3rd day of September, 2021** against

**RICHARD PAUL AND KLUTCH SPORTS GROUP, LLC**

For Suit, said suit being numbered **DC-21-11373,** the nature of which demand is as follows:
Suit on **OTHER (CIVIL)** etc. as shown on said petition, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 15th day of September, 2021.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas

By_____, Deputy
        DANIEL MACIAS

ISSUED THIS
**15th day of September, 2021**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By: DANIEL MACIAS, Deputy

**Attorney for Plaintiff**
**CRAIG F SIMON**
LOEWINSOHN DEARY SIMON RAY LLP
12377 MERIT DRIVE
SUITE 900
DALLAS   TEXAS   75251
214-572-1700
craigs@ldsrlaw.com



**DALLAS COUNTY SERVICE FEES NOT PAID**

# OFFICER'S RETURN

Case No. :  DC-21-11373

Court No.95th District Court

Style: NERLENS NOEL

 vs.

RICHARD PAUL, et al

Came to hand on the _____day of _____, 20_____, at _____ o'clock _____.M. Executed at _____,

within the County of _____ at _____ o'clock _____ .M. on the _____day of _____ ,

20_____, by delivering to the within named _____

_____

each in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery.  The distance actually traveled by me in serving such process was _____miles and my fees are as follows:   To certify which witness my hand.

| | | | |
|---|---|---|---|
| For serving Citation | $_____ | _____ | |
| For mileage | $_____ | of _____ County, _____ | |
| For Notary | $_____ | By _____ Deputy | |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said  _____ before me this  _____ day of _____, 20 _____,

to certify which witness my hand and seal of office.

_____

Notary Public  _____ County _____