# Exhibit H

FILED
9/27/2021 1:29 PM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Daniel Macias DEPUTY

## AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| **State of Texas** | **County of Dallas** | **95th Judicial District Court** |

Case Number: DC-21-11373

Plaintiff:
**Nerlens Noel**

vs.

Defendant:
**Richard Paul and Klutch**
**Sports Group, LLC**

For:
Craig F. Simon
12377 Merit Drive
Suite 900
Dallas, TX 75251

Received by On Time Process Service on the 20th day of September, 2021 at 12:09 pm to be served on **Registered Agent for Klutch Sports Group, LLC Corporation Service Company, 251 Little Fallas Drive, Wilmington, DE 19808.**

I, Kevin S. Dunn, being duly sworn, depose and say that on the **20th day of September, 2021** at **3:30 pm, I:**

Executed service by hand delivering a true copy of the **Citation, Copy of Plaintiff's First Amended Petition** to: **Lynanne Gares**, an authorized acceptance agent employed by **Registered Agent CT Corporation System, Inc.,** who is authorized to accept service of process for **Klutch Sports Group, LLC**, at the address of: **251 Little Fallas Drive, Wilmington, DE 19808**, and informed said person of the contents therein, in compliance with state statutes.

"I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the judicial circuit in which the process was served. I have personal knowledge of the facts set forth in this affidavit, and they are true and correct."

Subscribed and Sworn to before me on the 20th day of
September, 2021 by the affiant who is personally known
to me.

_____
NOTARY PUBLIC

**Kevin S. Dunn**
Authorized State of Delaware

**On Time Process Service**
**1700 Pacific Ave**
**Suite 1040**
**Dallas, TX 75201**
**(214) 740-9999**

DENORRIS ANGELO BRITT
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires May 1, 2022

Our Job Serial Number: ONT-2021005086

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2c



**FORM NO. 353-3 - CITATION**
**THE STATE OF TEXAS**

**AFFIDAVIT ATTACHED**

To:  KLUTCH SPORTS GROUP, LLC
C/O REGISTERED AGENT CORPORTION SERVICE COMPANY
251 LITTLE FALLS DRIVE
WILMINGTON DELAWARE 19808

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written
answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the
expiration of twenty days after you were served this citation and **PLAINTIFF'S FIRST AMENDED**
petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk,
you may be required to make initial disclosures to the other parties of this suit. These disclosures generally
must be made no later than 30 days after you file your answer with the clerk. Find out more at
TexasLawHelp.org. Your answer should be addressed to the clerk of the **95th District Court** at 600
Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **NERLENS NOEL**

Filed in said Court **3rd day of September, 2021** against

**RICHARD PAUL AND KLUTCH SPORTS GROUP, LLC**

For Suit, said suit being numbered **DC-21-11373,** the nature of which demand is as follows:
Suit on **OTHER (CIVIL)** etc. as shown on said petition, a copy of which accompanies this citation. If
this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 15th day of September, 2021.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas

By_____, Deputy
    DANIEL MACIAS



**ESERVE**

**CITATION**

**DC-21-11373**

**NERLENS NOEL**
vs.
**RICHARD PAUL, et al**

ISSUED THIS
**15th day of September, 2021**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By:  DANIEL MACIAS, Deputy

**Attorney for Plaintiff**
**CRAIG F SIMON**
LOEWINSOHN DEARY SIMON RAY
LLP
12377 MERIT DRIVE
SUITE 900
DALLAS  TEXAS  75251
214-572-1700
**craigs@ldsrlaw.com**

**DALLAS COUNTY**
**SERVICE FEES**
**NOT PAID**

# OFFICER'S RETURN

Case No. :  DC-21-11373

Court No.95th District Court

Style: NERLENS NOEL

vs.

RICHARD PAUL, et al

**AFFIDAVIT ATTACHED**

Came to hand on the _____ day of _____, 20_____, at _____ o'clock _____.M. Executed at _____,

within the County of _____ at _____ o'clock _____ .M. on the _____ day of_____,

20_____, by delivering to the within named _____

each in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery.  The distance actually traveled by

me in serving such process was _____miles and my fees are as follows:   To certify which witness my hand.

| | | | |
|---|---|---|---|
| For serving Citation | $ _____ | _____ | |
| For mileage | $ _____ | of _____ County, _____ | |
| For Notary | $ _____ | By _____ Deputy | |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____ before me this _____ day of _____, 20 _____,

to certify which witness my hand and seal of office.

_____

Notary Public _____ County _____

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 57626617
Status as of 9/28/2021 3:23 PM CST

Associated Case Party: NERLENS NOEL

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Craig F.Simon | | craigs@lfdslaw.com | 9/27/2021 1:29:37 PM | SENT |
| Ivy Sweeney | | ivys@ldsrlaw.com | 9/27/2021 1:29:37 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| CRAIG FSIMON | | craigs@ldsrlaw.com | 9/27/2021 1:29:37 PM | SENT |